

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Roger Hawes, TDCJ #712549, Appellant

No. 06-19-00053-CV          v.

Tammy E. Henderson Peden, an individual, Tammy E. Henderson Peden, PLLC, a corporation, the Estate of Tammy E. Henderson Peden, Tanika J. Solomon, an individual and TJ Solomon Law Group, PLLC, a corporation, Appellees

Appeal from the 369th District Court of Anderson County, Texas (Tr. Ct. No. DCCV 18-630-369). Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Stevens participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, Roger Hawes, TDCJ #712549, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED DECEMBER 16, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk